Buchwald, N.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MIRIAM GLASER,                                    13 CV 3699

                          Plaintiff,

     - against -                                **STIPULATION AND**
                                                 **ORDER OR DISMISSAL**
RYDER TRANSPORTATION SERVICES,
RYDER SYSTEM, INC.                                (Judge Buchwald)
RYDER TRUCK RENTAL AND LEASING,
ALBER & LEFF FOODS CO.,
ALBER & LEFF FOODS CO. & BL CREAM CO., and
JOHN DOE 1-10 (true names being presently unknown
and fictitious)

                                   Defendants
-----------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/22/2013

      IT IS HERBY STIPULATED AND AGREED by and between counsel for plaintiff and defendants that the above entitled action is hereby dismissed, with prejudice against the defendants RYDER TRUCK RENTAL, INC. d/b/a RYDER TRANSPORTATION SERVICES, incorrectly sued herein as RYDER TRANSPORTATION SERVICES, RYDER SYSTEM, INC. and RYDER TRUCK RENTAL AND LEASING, and ALBER & LEFF FOODS COMPANY a division of BL CREAM CO., INC., incorrectly sued herein as ALBER & LEFF FOODS CO., and ALBER & LEFF FOODS CO. & BL CREAM CO.

Dated:   New York, New York
           July 25, 2013

                                                 FRECKER & SHIM LLC

                                                 By: _____
                                                      Haejin A. Shim
                                                      Attorneys for Plaintiff
                                                      *Miriam Glaser*
                                                      349 Fifth Avenue
                                                      New York, NY 10016
                                                      (855) 373-2537

1180649_1

HERZFELD & RUBIN, P.C.

By: _____
JOSEPH E. DONAT (JD 4160)
A Member of the Firm
Attorneys for Defendants
*Ryder Truck Rental, Inc. d/b/a*
*Ryder Transportation Services,*
*Ryder System, Inc.,*
*Ryder Truck Rental and Leasing*
*Alber & Leff Foods Company*
*a division of BL Cream Co., Inc.,*
*and BL Cream Co., Inc.*
125 Broad Street
New York, NY 10004
(212) 471-8463

SO ORDERED:

_____
U.S.D.J.                 8/21/13